**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BRANDON GRAVES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-898-R** |
| | ) | |
| **FNU LESTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Chris M. Stephens, the Court adopts the Report and Recommendation [Doc. No. 5], in its entirety.

For the reasons stated therein, this action is dismissed without prejudice.

IT IS SO ORDERED this 13th day of July, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1